IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00335-F-1
No. 5:13-CV-00803-F

| | |
|---|---|
| LARRY J. FOGG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Within twenty-five days, Respondent is DIRECTED to respond to Petitioner's Request for Leave of Court to Supplement [DE-44].

SO ORDERED.

This, the 14th day of October, 2015.

_____
JAMES C. FOX
Senior United States District Judge